AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| A.F. and A.F. O/B/O S.F. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  2:24-cv-08687-JXN-JSA |
| TEANECK BOARD OF EDUCATION ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TEANECK BOARD OF EDUCATION

Date:    09/04/2024

*Attorney's signature*

FRANCES L. FEBRES #018542012
*Printed name and bar number*
CLEARY GIACOBBE ALFIERI JACOBS LLC
169 RAMAPO VALLEY ROAD, UL 105
OAKLAND NJ 07436

*Address*

FFEBRES@CGAJLAW.COM
*E-mail address*

(973) 845-6700
*Telephone number*

(201) 644-7601
*FAX number*