**CLEARY, GIACOBBE, ALFIERI & JACOBS, LLC**
Attorneys at Law
169 Ramapo Valley Road, UL 105
Oakland, New Jersey 07436
973-845-6700
Frances L. Febres, Esq., Attorney ID 018542012
*Attorneys for Defendant, Teaneck Board of Education*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| A.F. AND A.F. O/B/O S.F, <br><br> Plaintiff(s) <br><br> v. <br><br> TEANECK BOARD OF EDUCATION, <br><br> Defendant(s) | Civil Action No.: 2:24-cv-08687-JXN-JSA <br><br> **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(B)** |

Application is hereby made for a Clerk's Order extending time within which Defendants, TEANECK BOARD OF EDUCATION, may answer, move, or otherwise reply to the Complaint filed by the above-captioned Plaintiff. It is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on August 23, 2024; and
3. The time to Answer, Move, or otherwise reply expires on October 22, 2024.

**CLEARY GIACOBBE ALFIERI JACOBS, LLC**

By: /s/ *Frances L. Febres*
Frances L. Febres, Esq.
Attorneys for Defendants,
Teaneck Board of Education

Dated: September 4, 2024