**CLEARY, GIACOBBE, ALFIERI & JACOBS, LLC**
Attorneys at Law
169 Ramapo Valley Road, UL 105
Oakland, New Jersey 07436
973-845-6700
Frances L. Febres, Esq., Attorney ID 018542012
*Attorneys for Defendant, Teaneck Board of Education*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| A.F. AND A.F. O/B/O S.F, <br><br> Plaintiff(s) <br><br> v. <br><br> TEANECK BOARD OF EDUCATION, <br><br> Defendant(s) | Civil Action No.: 2:24-cv-08687-JXN-JSA <br><br> **CLERK'S ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(B)** |

Defendant, TEANECK BOARD OF EDUCATION, Application for Clerk's Order extending time to Answer, Move or otherwise reply is hereby GRANTED;

Defendant, TEANECK BOARD OF EDUCATION, shall Answer, Move or otherwise reply to Plaintiff's Summons and Complaint, no later than _____ 2024.

_____