The Law Office of Avram E. Frisch LLC
1 University Plaza Suite 119
Hackensack, NJ 07601
(201) 289-5352
Avram E. Frisch, Esq.
Attorney ID 025652006
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------------------- x

**A.F. AND A.F. O/B/O S.F.**

Plaintiff,

- against -

**TEANECK BOARD OF EDUCATION**

Defendant.

Case No. 2:24-cv-08687-JXN-JSA

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---------------------------------------------------------------- x

It is hereby stipulated and agreed to by and between THE LAW OFFICE OF AVRAM E. FRISCH LLC, attorneys for Plaintiffs and CLEARY GIACOBBE ALFIERI AND JACOBS LLC that the within matter should be dismissed in its entirety without prejudice.

Dated: December 3, 2024

| THE LAW OFFICE OF AVRAM E. FRISCH LLC | CLEARY GIACOBBE ALFIERI AND JACOBS LLC |
|---|---|
| /s/ Avram E. Frisch | /s/ Frances L. Febres |
| Avram E. Frisch, Esq. | Frances L. Febres, Esq. |
| 1 University Plaza Suite 119 | 169 Ramapo Valley Rd., Upper Level - Suite 105 |
| Hackensack, NJ 07601 | Oakland, NJ 07436 |
| (201) 289-5352 | |
| *Attorneys for Plaintiffs* | *Attorney for Defendants* |

So ORDERED on 12/18/2024:

_____
JULIEN XAVIER NEALS
United States District Judge